UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
JTMERC LLC,

        Plaintiff,

  -against-

ANGLO IRISH BANK CORPORATION
LIMITED,

        Defendant.
------------------------------------- X

Docket No. 11-cv-0605-NRB

**DEFENDANT'S RESPONSE TO PLAINTIFF'S LOCAL RULE 56.1 STATEMENT**

Defendant Anglo Irish Bank Corporation Limited ("Anglo Irish") sets forth herein its response to the Local Rule 56.1 Statement of plaintiff JTMERC LLC ("JTMERC").

1. Undisputed.

2. Undisputed.

3. Disputed. A question of material fact exists as to whether the Agreement was modified by JTMERC's course of conduct and communications. (Affidavit of Terence Baydala, sworn to on May 31, 2011, ¶ 8 (the "Baydala Aff.")).

4. Disputed. A question of material fact exists as to whether the Agreement was modified by JTMERC's course of conduct and communications. (Baydala Aff., ¶ 8).

5. Disputed. A question of material fact exists as to whether the Agreement was modified by JTMERC's course of conduct and communications. (*Id.*)

6. Undisputed.

7. Undisputed.

8. Undisputed.

Pursuant to Local Rule 56.1(b), Anglo Irish states that there are the following additional material facts as to which it contends that there exists a genuine issue to be tried:

1. The Agreement was modified by JTMERC's course of conduct and communications.

2. The modified Agreement allowed Anglo Irish to apply the $250,694.95 escrow deposit against the principal balance of the Loan without giving JTMERC a credit or reimbursing JTMERC.

Dated: New York, New York.
      May 31, 2011

                       Respectfully submitted,

                       TROUTMAN SANDERS LLP

                       By: /s/ Aurora Cassirer
                           Aurora Cassirer
                           Eric L. Unis
                           The Chrysler Building
                           405 Lexington Avenue
                           New York, New York  10174
                           (212) 704-6000

                       *Attorneys for Defendant*